**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

P.S. PRODUCTS, INC.; and                                                                                    PLAINTIFFS
BILLY PENNINGTON, individually

v.                                    NO. 4:11CV00677 JLH

MIKE COKE AUCTION, INC., d/b/a
PRICEBUSTERS WHOLESALE; and
MIKE COKE, an individual                                                                                  DEFENDANTS

**<u>ORDER</u>**

The plaintiffs' motion to dismiss is granted.  Document #15.  This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of January, 2012.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE